**Veta Garvey FARMER,**
**Plaintiff–Appellant**

v.

**HOME DEPOT U.S.A. INCORPORATED; US Maintenance, Incorporated, doing business as U.S. Maintenance; Cintas Corporation No. 2, Defendants–Appellees.**

No. 11–50744.

United States Court of Appeals, Fifth Circuit.

Sept. 7, 2012.

Charles Ernest Baruch, Law Office of Chad Baruch, Rowlett, TX, Aubrey Dale Pittman, Pittman Law Firm, P.C., Dallas, TX, Eustace Isidore, Austin, TX, for Plaintiff–Appellant.

Arthur Kittredge Smith, Esq. Law Offices of Arthur K. Smith Allen, TX David P. Boyce Wright & Greenhill Patrick M. Kemp Richard Andrew Schulz Martin, Disiere, Jefferson & Wisdom, L.L.P. Austin, TX, Levon G. Hovnatanian Martin, Disi-

ere, Jefferson & Wisdom, L.L.P. Houston, TX, for Defendants–Appellees.

Before JONES, Chief Judge, and GARZA and PRADO, Circuit Judges.

PER CURIAM: *

The court has reviewed this appeal in light of the briefs, oral argument, and pertinent portions of the record. Upon review, we find no reversible error of fact or law, nor any abuse of discretion in the trial court's rulings. Accordingly, the judgment of the district court is AFFIRMED. *See* 5TH CIRCUIT LOC. RULE 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.